**Order entered October 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00857-CV

### VILIA RIOS, Appellant

### V.

### MO & ASSOCIATE LLC, Appellee

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-16-03194-E**

## ORDER

Because appellant has failed to comply with our September 14, 2016 directive to provide written verification that she requested the reporter's record, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). Appellant shall file her brief no later than November 4, 2016.

/s/     CRAIG STODDART
        JUSTICE